# UC Health

## Oral & Maxillofacial Surgery Center

200 Albert Sabin Way
Cincinnati, OH 45213-2316

William Lindsay
(patient)

was seen by me on 10/3/23

and may return to work on 10/6/23.

Diagnosis: Oral surgery

[Signature]