March 29, 2024

To the sitting Judge Presiding over the case of William K. Lindsay

My name is Antionette Blackwell, I am the grandmother of William K. Lindsay, from the day he was born, he has always been a very sweet and respectable young man. Society today has unfortunately influenced the decisions that our youth makes. They're not always making the best decision, along with peer pressure and wanting to fit in, everyone wearing name brand clothes that are expensive and not always easily accessible to lower income families.  They don't realize the decisions they make at a young age will impact the rest of their lives. This is the case for William, I don't condone what he has done, but I do understand the pressures that he faced, which are nothing like what you and I had to face growing up. I'm not using this as an excuse, I'm just stating the facts, I'm not incorporating race and or color, just life itself. And with that being said, I truly believe he is young enough that can be rehabilitated if given a chance, I think he would be an asset to society (our youth) and can use his experience to influence others not to make the same mistakes he made. He has a new reason to want to make a change in his life, he is expecting his first child and wants to set a good example and raise his child to be the best that he or she can be, allowing his experience to him and guiding his children down the right path. He is an exceptional young man, although you may not see this right now.   My prayer is that you consider he has a baby due in about five months, that he will be allowed to be here for the birth of his child and to start a new life with his family.
Thank you for giving me the opportunity to express my feelings and thank you for your time.


Sincerely,

Antionette Blackwell