I am Najia, William's girlfriend and the mother of his child. William is very loving and caring. He puts others before himself sometimes, and takes their feelings into consideration. He is a respectful man and is mature and has always been mature for his age. He plays a super important role in my life and especially now with our baby due in August which I wish he could've been here for through this journey with me. Even though he is incarcerated he still supports me and encourages me that I got this and we're hoping that he will be home soon so he doesn't miss out on to many more milestones with the baby. He is young and even though he is mature there are still things to learn. I'm hoping that this time will pass by quickly to give our baby a two parent, non toxic home with no worries and traumatizing events. I'm doing as much as I can to support William, myself and the baby while balancing nursing school and work so having him home as soon as possible will lift weight off my shoulders. As always I want him to strive for success and go to school to get his cdls and start another business with his brother. This time wont' be only hard for him it's hard for me also not having my bestfriend, and lover on the outside with me to do this together but we're going to get through together what we hope is a short time.