My name is Taemar Lindsay, Wiliams bring brother. William has had an hard life growing up without our father & acting out a lot with our single mother. We both have matured a lot through the years. I went to prison at the age of 18 for 4 years and it bettered my life & changed me from a boy too a man. I have been home since August of 2022 & have been crossing off goals off my check list. Me & William have talked about starting businesses, supporting our community & building strong bonds with our family, because there isn't nothing left here in Cincinnati.

I started a car detailing/ car washing business over a year ago called "LLC Platinum suds & Detailing513" and have been doing that ever since. Me & William have traveled too Columbus & Dayton to do some work. I tried to keep him out of the streets as much as possible because I didn't want him going through what I went through. I went to go buy an pick up truck & we also started an moving business called "Lindsay moving513", that was going good until it got cold outside so we had to slow down with that & the detailing.

He has a baby on the way now he's keep telling me he wanna come home and take care of his child & responsibilities. He has so much potential he just have to find it & I believe he will. I can tell from the positive talks we have over the phone. Every holiday we use to go downtown with our cousin and feed the homeless shelter & pass out clothes any of us didn't wear anymore.

William was shot in his face right before he got locked up due to being at the wrong place at the wrong time. He is a very strong person to go through something like that while having a baby on the way & fighting a fed case going way for a few years. That could mentally drive a person crazy. I talk to him every day on telephone he's the same person everyday. Yes he's down almost everyday, there no energy there when we talk sometimes an it hurts my feelings because I know he's hurting inside but I know he's also telling himself he needs this time away to heal, mature more, become wiser & become a man mentally, physically, emotionally & spiritually. William is a smart, responsible, respectful, & generous person. He is also a great leader. I just believe it's the environment we live in & the world we live in. He has a very bad pride problem but me & all my brothers have that same problem. I really think it's because our father have not been here for real. There's no excuse but I really think this time will help him out a lot it will open a third eye for him it will humble him more. It has done the same for me. Thank you for your time! Have a great day.


I love you JR you got this I'll see you soon babybro.